## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MIKE L. TAYLOR                                                                                       PLAINTIFF

vs.                                             NO. 4:07CV00501 JLH

UNION PACIFIC RAILROAD                                                                DEFENDANT

### ORDER

The Court has determined that the bench trial of this matter scheduled for the week of September 2, 2008, in Little Rock, Arkansas, should be continued due to the Court's schedule. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 20th day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE